IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. WR-70,512-01






EX PARTE RONNIE JOE NEAL








ON APPLICATION FOR WRIT OF HABEAS CORPUS IN CAUSE


NO. 2005-CR-0698-W1 IN THE 226TH JUDICIAL DISTRICT COURT


BEXAR COUNTY





 Per Curiam. 


O R D E R



 In May 2006, a jury convicted applicant of the offense of capital murder, and the
trial court set his punishment at death. This Court affirmed applicant's conviction and
sentence on direct appeal. Neal v. State, 256 S.W.3d 264 (Tex. Crim. App. 2008). In
June 2009, applicant filed his initial application for writ of habeas corpus in the trial court
pursuant to Texas Code of Criminal Procedure Article 11.071.

 Applicant has now died. We therefore dismiss this application.

 IT IS SO ORDERED THIS THE 12TH DAY OF JANUARY, 2011.

Do Not Publish